UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AUBREY AVERY,<br><br>               Plaintiff,<br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al*.,<br><br>               Defendants. | Case No. 2:16-cv-01774-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion for Enlargement of Time to Serve Defendants Clark County and the State of Nevada (ECF No. 23), filed October 5, 2018. Upon review and consideration, the Court finds good cause exists to grant Plaintiff's request. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Enlargement of Time to Serve Defendants Clark County and the State of Nevada (ECF No. 23) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff shall have **thirty (30) days** from the entry of this order in which to serve Defendants Clark County and the State of Nevada.

Dated this 10th day of October, 2018.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE