UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AUBREY C. AVERY, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>LAS VEGAS METRO POLICE DEPARTMENT, *et al.*,<br><br>    Defendants. | Case No. 2:16-cv-01774-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion for USM-285 Forms to be Mailed to Plaintiff (ECF No. 40). Upon review and consideration and with good cause appearing therefor, the Court grants Plaintiff's request. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for USM-285 Forms to be Mailed to Plaintiff (ECF No. 40) is **granted**. Plaintiff shall have until **fourteen (14) days** from the date of this Order to furnish the requisite USM-285 forms to the U.S. Marshall at 333 Las Vegas Blvd. South, Suite 2058, Las Vegas Nevada 89101

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mail four (4) USM-285 forms to Plaintiff along with a copy of the instant Order.

Dated this 14th day of March, 2019.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1