UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AUBREY C. AVERY, JR.,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF NEVADA, EX REL CLARK COUNTY, EX REL, LVMPD, et al.,<br><br>Defendants. | Case No. 2:16-CV-1774-GMN-EJY<br><br>**ORDER** |

Before the Court is Defendants' Motion to Strike Plaintiff's Motion of Interrogatories as Impertinent. ECF No. 57. As stated in Defendants' Motion, Defendants propounded interrogatories on Plaintiff who has attempted to respond through his Motion of Interrogatories. Plaintiff clearly misunderstands his obligations. Plaintiff must respond to each interrogatory sent by Defendants by drafting his answers and sending those answers directly to the Defendants. Plaintiff must respond to each of Defendants' interrogatories separately and/or object to the interrogatory on a lawful basis. Plaintiff's pro se status does not excuse him from having to follow the rules of procedure that govern all litigants.

Recognizing that Plaintiff's Motion of Interrogatories was improper, the Court has denied that Motion. Accordingly, Defendants' Motion to Strike Plaintiff's Motion of Interrogatories, while meritorious, is DENIED as moot.

DATED: December 12, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1