# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AUBREY C. AVERY, JR., <br><br> Plaintiff(s), <br><br> v. <br><br> THE STATE OF NEVADA, EX REL CLARK COUNTY, EX REL, LVMPD, OFFICER DONOVAN, SHERIFF D. GILLESPIE, ET AL., LVMP OFFICER C. PARQUETTE #13937, LVMP OFFICER BRISENDINE #14003, <br><br> Defendants. | Case No.: 2:16-cv-01774-GMN-EJY <br><br> **ORDER** |

IT IS HEREBY ORDERED that, due to complications caused by the COVID-19 pandemic, the Settlement Conference currently scheduled for Wednesday, June 3, 2020, is VACATED and rescheduled to **Friday, July 31, 2020 at 9:30 a.m.**, by video conference, instructions to follow.

IT IS FURTHER ORDERED that Defendants' Request for Exception of Attendance Requirement at the Settlement Conference (ECF No. 82) is DENIED as moot.

Dated: May 8, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1