ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*
The Las Vegas Metropolitan Police Department
and Officers Michael Donovan, Christian
Parquette and David Brisendine

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| AUBREY C. AVERY, JR.<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA, EX REL CLARK COUNTY, EX REL, LVMPD, OFFICER DONOVAN, SHERIFF D. GILLESPIE, ET AL., LVMP OFFICER C. PARQUETTE #13937, LVMP OFFICER BRISENDINE #14003,<br><br>Defendants. | CASE NO. 2:16-cv-1774-GMN-EJY<br><br>**DEFENDANTS' OFFICER MICHAEL DONOVAN, OFFICER CHRISTIAN PARQUETTE AND OFFICER DAVID BRISENDINE'S REQUEST FOR EXCEPTION OF ATTENDANCE REQUIREMENT AT THE SETTLEMENT CONFERENCE SCHEDULED FOR JULY 31, 2020** |

COMES NOW, Defendants, Las Vegas Metropolitan Police Department and Officers Michael Donovan, Christian Parquette and David Brisendine, (hereinafter referred to as "Defendants") by and through their attorney of record, Robert W. Freeman, Esq., and hereby file this Request for Exception of Attendance Requirement at the Settlement Conference scheduled for July 31, 2020.

This matter was referred for a settlement conference by the Court. The order requires attendance of the individually named defendants, however, they respectfully request an attendance exception. The exception is based upon the following factors:

- The individual defendants do not have any authority to settle the case.

4840-4431-4816.1

- The settlement conference will be attended by a representative of the Las Vegas Metropolitan Police Department with authority to settle the case.
- The health concerns created by the Covid-19 pandemic create a situation where attendance of the individual Defendants without settlement authority is unreasonably risky.

Based upon the above, the individual Defendants respectfully requests that they be excused from the Settlement Conference.

DATED this 16th day of June, 2020.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Robert W. Freeman*
Robert W. Freeman, Esq.
Nevada Bar No. 3062
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**Dated:  June 17, 2020**

4840-4431-4816.1

2